IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY LEE POWELL, | 1:06-CV-1000 AWI LJO HC |
| Petitioner, | |
| vs. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** FILING FEE |
| WASCO STATE PRISON-MEDICAL DEPARTMENT, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has submitted a "Trust Account Withdrawl Order" dated July 29, 2006, authorizing the withdrawal of $5.00 from his prison trust account for the filing fee for his Petition for Writ of Habeas Corpus. However, the court has <u>not</u> received the $5.00 filing fee, nor has petitioner submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   October 6, 2006**         /s/ Lawrence J. O'Neill
23ehd0                    UNITED STATES MAGISTRATE JUDGE