UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY LEE POWELL, ) | 1:06-CV-01000 AWI LJO HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #6] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| WASCO STATE PRISON, et al., ) | [Doc. #1] |
| ) | |
| Respondents. ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 21, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED for failure to allege grounds that would entitle Petitioner to habeas corpus relief. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to send Petitioner the standard form for claims pursuant to 42 U.S.C. § 1983 and enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten (10) court days of the date of service of the order.

On December 7, 2006, Petitioner filed a document entitled "Motion to Review Habeas

1 Corpus." The Court hereby CONSTRUES the motion as Petitioner's objections to the Findings and
2 Recommendation.
3      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
4 *novo* review of the case.  Having carefully reviewed the entire file and having considered the
5 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
6 supported by the record and proper analysis, and there is no need to modify the Findings and
7 Recommendations based on the points raised in the objections.   Petitioner has simply filed the
8 wrong type of action.
9      Accordingly, IT IS HEREBY ORDERED that:
10      1. The Findings and Recommendation issued November 21, 2006, is ADOPTED IN FULL;
11      2. The Clerk of Court is DIRECTED to send Petitioner the standard form for claims pursuant
12 to 42 U.S.C. § 1983;
13      3. The Petition for Writ of Habeas Corpus is DISMISSED; and
14      4. The Clerk of Court is DIRECTED to enter judgment.

16 IT IS SO ORDERED.

17 **Dated:     January 11, 2007**              /s/ **Anthony W. Ishii**
   0m8i78                                   UNITED STATES DISTRICT JUDGE